1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  JON HUMES,                           No. 2:17-cv-2617 KJN P
12          Plaintiff,
13     v.                                ORDER FOR PAYMENT OF INMATE
                                         FILING FEE
14  S. SPENCE,
15          Defendant.
16
17  To: The Sheriff of Sacramento County, Attention: Inmate Trust Account, 651 I Street,
18  Sacramento, California 95814:
19       Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the
20  statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of 20
21  percent of the greater of: (a) the average monthly deposits to plaintiff's trust account; or (b) the
22  average monthly balance in plaintiff's account for the 6-month period immediately preceding the
23  filing of this action. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee,
24  plaintiff will be obligated to make monthly payments in the amount of twenty percent of the
25  preceding month's income credited to plaintiff's trust account. The Sacramento County Sheriff is
26  required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from
27  plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the
28  statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

                                              1

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Sheriff of Sacramento County or a designee shall collect from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court. The payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Sheriff of Sacramento County or a designee shall collect from plaintiff's inmate trust account monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Sheriff of Sacramento County, Attention: Inmate Trust Account, 651 I Street, Sacramento, California 95814.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: May 4, 2018

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

/hume2617.cdc.sacramento

2